**SECOND DIVISION**
**MILLER and McFADDEN, JJ.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)**
**http://www.gaappeals.us/rules/**

**July 6, 2012**

# In the Court of Appeals of Georgia

A10A0972. NOVARE GROUP, INC. v. SARIF.

MILLER, Judge.

In *Novare Group, Inc. v. Sarif*, 290 Ga. 186 (718 SE2d 304) (2011), the Supreme Court of Georgia reversed the judgment of this Court in *Sarif v. Novare Group, Inc.*, 306 Ga. App. 741 (703 SE2d 348) (2010). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment vacated. Phipps, P.J., and McFadden, J., concur.*